IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA | : : : | CIVIL ACTION No. 02-2899 |
| v. | : : | |
| JOACQUIM DEMATOS, DONNA DEMATOS and MARIA DEMATOS | : : | |

ENTRY OF APPEARANCE

To the Clerk of the Court:

    Kindly enter my appearance on behalf of the Defendants, Joacquim DeMatos, Donna DeMatos and Maria DeMatos, in the above-captioned matter.

                                     FITZPATRICK LENTZ & BUBBA, P.C.

Date:   June 12, 2002                          By:_____
                                                        Douglas J. Smillie
                                                        4001 Schoolhouse Lane
                                                       P.O. Box 219
                                                       Center Valley, PA 18034-0219
                                                       (610) 797-9000
                                                       Attorney for Defendants