# FITZPATRICK LENTZ & BUBBA, P.C.

JAMES G. KELLAR
EDWARD J. LENTZ
JOSEPH A. FITZPATRICK, JR.
JOSEPH A. BUBBA
TIMOTHY D. CHARLESWORTH
DONNA M. MILLER
DOUGLAS J. SMILLIE*
EMIL W. KANTRA II
MARK D. AURAND
JOSEPH S. D'AMICO, JR.*
MICHAEL R. NESFEDER
CATHERINE E. NAUGHTON DURSO
JANE P. LONG
NANCY CONRAD*
ERICH J. SCHOCK
RONALD J. REYBITZ
BRIAN E. O'NEILL
ALBERTINA D. LOMBARDI*
EDWARD J. ANDRES
GEORGE R. BARRON

*Also admitted in New Jersey

ATTORNEYS AT LAW
4001 SCHOOLHOUSE LANE
P.O. BOX 219
CENTER VALLEY, PA 18034-0219

dsmillie@flblaw.com

TELEPHONE (610) 797-9000
TELEFAX (610) 797-6663
WEBSITE: www.flblaw.com

NEW JERSEY OFFICE:
301 NORTH CHURCH STREET
SUITE 220
MOORESTOWN, NJ 08057
TELEPHONE: (856) 727-9600

July 25, 2002

Kevin T. Fogerty, Esquire
Mill Run Office Center
1275 Glenlivet Drive
Suite 150
Allentown, PA 18106

RE: Safeco Insurance Company of America v.
Joacquim DeMatos, Donna DeMatos and Maria DeMatos
Civil Action No. 02-2899 (E.D. Pa.)

Dear Kevin:

As we discussed, I was on vacation during the week of July 8, 2002 when the Plaintiff's First Amended Complaint was received at my office. Therefore, I require a brief extension of time within which to file an Answer to the First Amended Complaint. I expect to be able to accomplish this by July 31, 2002 at the latest. If this presents any problems, please give me a call at your earliest convenience.

In addition, I have just forwarded your letter to my clients and will discuss with them Safeco's requests for financial information and the establishment of a "escrow" account. I am aware that the Court has recently entered an Order requiring that you and I conduct a conference, and hope that we can address the issues raised in your letter of July 8, 2002 at that time.

If you have any questions or comments in the interim, please let me know.

Very truly yours,

Douglas J. Smillie

DJS/kls

**EXHIBIT A**