UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF AMERICA : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | |
| : | |
| DEMATOS ENTERPRISES, INC., JOACQUIM : | CIVIL ACTION |
| DEMATOS, DONNA DEMATOS, MARIA : | |
| DEMATOS, ELIZABETH DEMATOS GRYS, : | No. 02-CV-2899 (BWK) |
| and CHRISTOPHER PAUL GRYS : | |
| : | |
| Defendants. : | |

**PRAECIPE TO WITHDRAW MOTION FOR PRELIMINARY INJUNCTION**

The Plaintiff, Safeco Insurance Company of America, by and through its undersigned counsel, does hereby withdraw, without prejudice, the Motion for Preliminary Injunction it previously filed in this case; provided however, this withdrawal is also without prejudice to Safeco's right to re-file the Motion if deemed necessary or appropriate, and without prejudice to Safeco's right to file any other pre-trial motions as it may deem appropriate.

Respectfully submitted,

LAW OFFICES OF KEVIN T. FOGERTY

By:_____
    Kevin T. Fogerty, Esquire
    Attorneys for Plaintiff, Safeco Insurance
    Company of America

## CERTIFICATE OF SERVICE

I, Kevin T. Fogerty, Esquire, counsel for Plaintiff, Safeco Insurance Company of America in this proceeding, hereby state and certify that on Friday, October 04, 2002, I served by first-class mail, a true and correct copy of this Praecipe to Withdraw Motion for Preliminary Injunction, upon the following:

Douglas Smillie, Esquire  
Fitzpatrick, Lentz & Bubba, P.C.  
4001 Schoolhouse Lane  
P.O. Box 219  
Center Valley, PA 18034-0219  
*Attorneys for Defendants*  
*Joacquim DeMatos, Donna DeMatos and Maria DeMatos*  
*Elizabeth DeMatos Grys and Christopher Paul Grys*

Date: October 4, 2002                    _____
                                         Kevin T. Fogerty, Esquire