IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAFECO INSURANCE CO. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-2899 |
| | : | |
| DEMATOS ENTERPRISES, INC., et al. | : | |

**SCHEDULING ORDER**

**AND NOW**, this _____ day of October, 2002, pursuant to Federal Rule of Civil Procedure 16(b), **IT IS ORDERED** that the following schedule shall apply in this case:

1. Discovery shall be completed by January 22, 2003;

2. Plaintiff shall serve its expert report(s) on Defendants by January 31, 2003;

3. Defendants shall serve their expert report(s) on Plaintiff by February 14, 2003;

4. Dispositive motions shall be filed by February 21, 2003;

5. Exhibits shall be exchanged by March 14, 2003;

6. The parties shall file their pretrial memoranda pursuant to Federal Rule of Civil Procedure 26(a)(3) and Local Rule of Civil Procedure 16.1(c), proposed voir dire questions, jury instructions, special interrogatories, verdict forms, and any motions in limine (with a copy of each also delivered to Chambers) by April 1, 2003;[1]

---

[1] The Court expects counsel to work together in an effort to submit, to the fullest extent possible, an agreed upon version of final jury instructions, verdict forms or special interrogatories to the jury, and a statement of the case for use in the Court's preliminary instructions to the jury. The statement of the case for use in the preliminary jury instructions should summarize succinctly each party's position and should state the essential elements of claims and defenses that must be proven by each party. When agreement is not reached, requests for jury instructions must be accompanied by citation of legal authority. If a model jury instruction is used (e.g., Devitt & Blackmar), any modifications should be indicated by underlining and boldfacing additions and striking out deletions. Amendments or supplements to

7. A final pretrial conference is scheduled for **Wednesday, April 9, 2003, at 2:00 p.m.**; and

8. This case will be placed in the Court's trial pool on **Friday, April 18, 2003**. Once placed in the trial pool, a case may be called to trial upon 24 hours notice to counsel.

                                            **BY THE COURT:**

                                            _____

                                            **BRUCE W. KAUFFMAN, J.**

---

the final jury instructions and verdict forms or special interrogatories to the jury may be submitted at the close of the evidence.