IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAFECO INSURANCE CO. | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-2899 |
| | : | |
| DEMATOS ENTERPRISES, INC., et al. | : | |

**ORDER**

**AND NOW**, this _____ day of April, 2003, **IT IS ORDERED** that this case is **REFERRED** to the Honorable Jacob P. Hart, United States Magistrate Judge, for the purpose of conducting a settlement conference.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**