IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **SAFECO INSURANCE CO.** : | **CIVIL ACTION** |
| : | |
| v. : | **NO. 02-CV-2899** |
| : | |
| **DEMATOS ENTERPRISES, INC., et al.** : | |

## ORDER

**AND NOW**, this _____ day of April, 2003, **IT IS ORDERED** that a Non-Jury Trial in this matter is set for **Monday, May 19, 2003 at 10:00 a.m.** in Courtroom 3-B, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.  It is **FURTHER ORDERED** that the final pretrial conference previously scheduled for April 8, 2003 shall be held on **Wednesday, May 14, 2003 at 4:00 p.m.**

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**