IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **SAFECO INSURANCE CO.** | : | **CIVIL ACTION** |
| | : | |
| v. | : | **NO. 02-CV-2899** |
| | : | |
| **DEMATOS ENTERPRISES, INC.,** <u>et al.</u> | : | |

### ORDER

**AND NOW,** this _____ day of May, 2003, counsel for the parties having reported that the issues in the above-captioned action have been settled, and pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court (effective July 1, 1995), **IT IS ORDERED** that the above-captioned action is **DISMISSED** with prejudice, pursuant to agreement of counsel and without costs.

BY THE COURT:

_____
**BRUCE W. KAUFFMAN, J.**